# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2013

## NO.  03-12-00667-CV

**Tammy Elliott Cocke, Appellant**

**v.**

**Simon Russell Elliott; Dolphus Jack Brown; Claire Clode-Baker; Elaine Bulger Brown; Fred Am Rhein; Vantex Service Corporation; Active Deployment Systems, Inc.; Pourquoi Pas, Inc.; and RonJon Rentals, Inc., Appellees**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment:  **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is in all things affirmed.  It **FURTHER** appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.